UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CURTIS RAY HALL | § | |
| | § | |
| VS. | § | |
| | § | Civil Action No. 3:15-CV-02652-K |
| CHRISTOPHER A. COSGROVE and | § | |
| J.B. HUNT TRANSPORT, INC. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE, PURSUANT TO SETTLEMENT

Pursuant to Fed. R. Civ. P. 41 and pursuant to a settlement agreement between the parties, Plaintiff Curtis Ray Hall hereby moves to dismiss with prejudice his claims against Defendants' Christopher A. Cosgrove and J.B. Hunt Transport, Inc., with each party to bear its own costs, expenses and attorneys' fees.

Dated:  December 29, 2015

Respectfully submitted,

JIM S. ADLER & ASSOCIATES

  /s/ *J. Martin Futrell*
J. Martin Futrell
State Bar No. 24085777
The Tower at City Place, Lock Box 40
2711 N. Haskell Ave., Suite 2500
Dallas, Texas 75204
Tel: (214) 220-3203
Fax: (214) 220-3245
**ATTORNEYS FOR THE PLAINTIFF**


*/s/ Michael C. Wright*
Michael C. Wright
Texas Bar No. 22049807
**RUSSELL & WRIGHT, PLLC**
15770 Dallas Parkway, Suite 1050
Dallas, Texas 75248
(972) 267-8400
(972) 267-8401 (*facsimile*)

mwright@rwtrial.com
**ATTORNEYS FOR DEFENDANT J.B. HUNT TRANSPORT, INC. AND CHRISTOPHER COSGROVE**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document has been served upon all counsel of record on this 29th day of December, 2015, in the manner indicated below.

*Via Facsimile: (972) 267-8401*
**Michael C. Wright**
State Bar No. 22049807
mwright@rwtrial.com
**Lindsay E. Goodner**
State Bar No. 24059839
lgoodner@rwtrial.com
**Russell & Wright, PLLC**
15770 Dallas Parkway, Suite 1050
Dallas, Texas 75248
*Attorneys for Defendants*


　　　　　　　　　　　　　　　　　　____/S/ J. Martin Futrell_____
　　　　　　　　　　　　　　　　　　**J. MARTIN FUTRELL**