IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CURTIS RAY HALL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. ACTION NO. 3:15-CV-2652-K |
| | § | |
| CHRISTOPHER A. COSGROVE | § | |
| and | § | |
| J.B. HUNT TRANSPORT, INC. | § | |
| | § | |
| Defendants | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice, Pursuant to Settlement (Doc. No. 25). The Court **GRANTS** the Motion and **ORDERS** that:

(1) Plaintiff's claims against Defendants Christopher Cosgrove and J.B. Hunt Transport, Inc. are **DISMISSED with prejudice**; and

(2) Plaintiff and Defendants shall each bear their own costs, expenses, and attorneys' fees.

**SO ORDERED**.

Signed January 5th, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE